[No. 66642-8-I. Division One. April 18, 2011.]

*In the Matter of the Personal Restraint of* ROBERT RUDNER, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Spearman, J., concurred in by Ellington and Appelwick, JJ.

[No. 66731-9-I. Division One. April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. HAMZAI TARIK AKEEM RUDOLPH, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00189-8, Robert L. Harris, J., entered November 3, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 66733-5-I. Division One. April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DUANE JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-00055-9, Frederick W. Fleming, J., entered January 22, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 39875-3-II. Division Two. April 19, 2011.]

DENISE DALIEN, *Appellant*, v. STANLEY JACKSON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-05839-9, John A. McCarthy, J., entered September 25, 2009. *Affirmed* by unpublished opinion per Hartman, J. Pro Tem., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.